CHARLES COHEN and Another, Respondents, v. ROSEVALE REALTY COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. We are not disposed to interfere with the discretion of the justice at Special Term, who granted the motion for a temporary injunction. The case should

be tried, and the rights of the parties determined upon findings of fact and conclusions of law made after a trial. (*Bergen Beach Land Corporation* v. *City of New York*, 192 App. Div. 884.) Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.